

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER TO SUPPLEMENT THE REPORTER'S RECORD

Appellate case name:       In the Matter of Approximately $80,600.00

Appellate case number:    01-14-00424-CV; 01-15-00874-CV

Trial court case number:  1417446; 1210228

Trial court:                      351st District Court of Harris County


      On February 8, 2017, the State filed a request for supplementation of the reporter's record. The court reporter has filed a notice of non-payment. This Court ORDERS that the records requested by the State be prepared and submitted to this Court by March 13, 2017. *See* TEX. R. APP. P. 34.6(d). The cost of preparing this record will be assessed as part of the costs of this appeal upon issuance of this Court's judgment. *See id.*

      It is so ORDERED.


Judge's signature: /s/ Laura C. Higley
                    Acting individually


Date: February 27, 2017